UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 13-2194 JGB (DTBx)** | Date | August 28, 2014 |
|---|---|---|---|

| Title | *Chanel, Inc. v. Sunus Online Group, LLC, et al.* |
|---|---|

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Second ORDER To Show Cause re: Lack of Prosecution (IN CHAMBERS)

On December 2, 2013, Plaintiff Chanel, Inc. filed its Complaint against Defendants Sunus Online Group LLC, Peter Sun, and fictitious parties. (Doc. No. 1.) The same day, Plaintiff filed an ex parte application for a temporary restraining order (Doc. No. 2), which the Court denied (Doc. No. 13). The Court set an order to show cause hearing on Plaintiff's request for a preliminary injunction and ordered that Plaintiff serve Defendants with the summons and Complaint. (Id.) Proof of service was filed on December 18, 2013, indicating service was executed on December 13, 2013 as to Defendant Sunus. (Doc. Nos. 14.) On January 23, 2014, Plaintiff filed a notice and acknowledgement of receipt of the summons and complaint in this action, signed by Defendant Peter Sun's attorney on January 15, 2014. (Doc. No. 20.) The Court granted Plaintiff's application for a preliminary injunction on January 15, 2014. (Doc. No. 18.)

On April 2, 2014, the Court ordered Plaintiff to show cause why the action should not be dismissed. (Doc. No. 22.) The Court stated, "An appearance by Defendant or applications for entry of default pursuant to Federal Rule of Civil Procedure Rule 55(a) will constitute satisfactory responses to the Order to Show Cause." (Id.) Per Plaintiff's request, the Clerk entered default against both Defendants on April 18, 2014. (Doc. No. 24.)

Since that date, Plaintiff has taken no action in the case. Accordingly, the Court, on its own motion, once again ORDERS Plaintiff to show cause in writing on or before **September 8, 2014**, why this action should not be dismissed for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion). In response to this Order, Plaintiff can file a motion for default judgment pursuant to Federal Rule of Civil Procedure 55 and Local Rules 55-1 to 55-3. Failure to respond to this

Order will be deemed consent to the dismissal this action pursuant to Federal Rule of Civil Procedure 41(b) without prejudice.

**IT IS SO ORDERED.**