JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SUNUS ONLINE GROUP, LLC, a California limited liability company, and PETER SUN a/k/a PETER CHUNG SUN, an individual, individually and jointly, d/b/a bagseshop.com d/b/a bagsishop.com d/b/a ellexpress.com d/b/a designersus.com d/b/a getnamebrands.com and DOES 1-10,<br><br>　　　　　　　Defendants. | Case No.<br>EDCV 13-2194 JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff and against Defendants Sunus Online Group, LLC, and Peter Sun a/k/a Peter Chung Sun, individually and jointly.

1. Plaintiff is AWARDED monetary judgment in the amount of $157,000 against Defendant Karnail Singh, comprising statutory damages of $150,000, attorney's fees of $6,600, and $400 in costs;

A permanent injunction is entered against Defendants Sunus Online Group, LLC, and Peter Sun a/k/a Peter Chung Sun, as follows:

2. Defendants Sunus Online Group, LLC, and Peter Sun a/k/a Peter Chung Sun, their officers, agents, servants and employees and any persons in active concert or participation with them are permanently restrained and enjoined from infringing upon the Chanel Marks directly or contributorily, in any manner, including but not limited to:
   a. Manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods using the Chanel Marks.

**[PROPOSED] ORDER RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

      b. Using the Chanel Marks in connection with the advertisement or sale of any unauthorized goods;

      c. Using any logo and/or layout which may be calculated to falsely advertise the services or products of Defendants offered for sale or sold via their websites as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

      d. Falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

      e. Using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants on their websites; and

      f. Effecting assignments or transfers, forming new entities or association, or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

Equitable relief is also awarded to Plaintiff, as follows:

3. Plaintiff is additionally entitled to the following equitable relief:

      a. In order to give practical effect to the permanent injunction, the domain names www.bagsishop.com and www.bagseshop.com shall be immediately transferred by Defendants, their assignees and/or successors in

        interest or title, and the registrars to Plaintiff's control.  To the extent the current registrars do not facilitate the transfer of the domain names to Plaintiff's control within five days of receipt of this Order, the registries shall, within thirty days, change the registrar of record for the domain names www.bagsishop.com and www.bagseshop.com to a registrar of Plaintiff's choosing, and that registrar shall transfer the domain names www.bagsishop.com and www.bagseshop.com to Plaintiff; and

    b. Upon Plaintiff's request, the top level domain ("TLD") registry for the domain names www.bagsishop.com and www.bagseshop.com shall, within thirty days of receipt of this Order, place the domain names www.bagsishop.com and www.bagseshop.com on registry hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the registry, which link the domain names www.bagsishop.com and www.bagseshop.com to the internet protocol ("IP") addresses where the associated websites are hosted.

/
/
/
/

**ORDER RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

1 The Court orders that such judgment shall be entered.  As
2 there are no remaining named Defendants in this action, the
3 Clerk is directed to close the case.

Dated: October 22, 2014

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge

**ORDER RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**